TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

FROM: 05711068
TO: Business Office
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/16/2016 07:19:57 AM

To: test dis comp
Inmate Work Assignment: none

United States District Court

Frederick Banks, Plaintiff
    v.
Disney; Disney Resports; City of Richmond
Orlando Police Department; City of Orlando
John Mina; S.A. Ronald Hopper;
Danny Banks, FBI S.A. in Charge;
Federal Bureau of Investigation;
John Brennan, Director of Central Intelligence;
Barak Obama; Donald Trump; Hilary
Rodham Clinton; Senate Select Intelligence
Committee; Senator Richard Burr; Paul Ryan,
Speaker of the US House of Representative; U.S. Marshalls Service;
Central Intelligence Agency; Hon Mark Hornak;
Booz Allen Hamilton; AUSA Robert Cessar; S.A. Timothy Plunchny
United States of America; Defendants.
Adrian Roe, ESQ; S.A. Robert Werner; S.A. Sean Langford

No. CV 16 3635 KAW (PR)

Complaint for a Writ of Mandamus; and Motion to Disclose Electronic Surveillance under 50 USC 1806(f)

Plaintiff Frederick Banks, an American Indian files the foregoing Complaint for a Mandamus Writ and Motion to Disclose Electronic Surveillance under 50 USC 1806(f) and represents;
1. Plaintiff is an individual. Respondents are Individuals, agents and agencies.
2. This is an action to compel the Respondents to perform their official duties and therefore this Court has jurisdiction over this action under the provisions of 28 USC 1361, The All Writs Act, and the US Constitution.
3. Venue is proper in this Court under the provisions of 28 USC 1391(e) because Petitioner is seeking to have Respondents investigate three related events that occured in June 2016 in Orlando Florida. Defendant's each owned Plaintiff a duty under their oaths of office to uphold the Constitution of the United States and State of Florida, and State of California
Claims
4. What Plaintiff is about to tell you you won't believe but many times the truth is hard to believe. For three consecutive days in June 2016 there have been three national news stories in the same city Orlando Florida centered on murder. This you already know.
5. What you don't know is that the CIA, FBI and a CIA federal contractor Booz Allen Hamilton (Booz Allen is also the NSA federal contractor involved in the Edward Snowden NSA metadata scandel in which they were collecting US Citizens emails without our consent. Plaintiff is a US Citizen) are responsible for these events using a technology the government calls electronic surveillance and the public generally refers to as "Voice to Skull".
6. The Federation of American Scientists see fas.org refers to Voice to Skull as a silient sound source used in the private sector to keep birds away from airports. The CIA unfortunately has been using this technology to control and harass innocent Americans and animals for nearly 50 years and to commit mass murder. See "Targeted Individual" at youtube.com; Interviews with Dr. Robert Duncan, a CIA scientist, Dr. John Hall author of "A New Breed of Satellite Terrorism in America" & "Guinea Pigs Technologies of Control", and Aaron Alexis at youtube.com; Compare "Voice of God Weapon"("Allah told us to surrender" search wired.com) with "The Twitter Killings" of Allison Parker a VA Reportor and her cameraman by Vester Flannigan ("Jehovah told me to act" See USA Today article of 8/15 at usatoday.com); "Army yanks Voice to Skull" (explaining how the Army pulled the V2K definition from its website search wired.com); "synthetic telepathy" at nbcnews.com; also see freedomfch.com (reporting that of the 300,000 victims of electronic harassment in the USA 75% of them are women)
7. "The Voice" singer killing, the Pulse club massacre, and the Alligator killing of a toddler at a Disney Report are all the result of CIA electronic surveillance which is a wireless signal sent via satellite with GPS tracking to control and harass an individual human organism or animal to "act out" or take some other type of CIA affirmative action. This control can be involuntary. See the articles on controlling a living organism by remote means at Scientific American.
8. Three major national news events in three days in the same city has never happened in the history of the USA before. The events of Orlando where completely and unlawfully orchestrated by some of the Respondents namely the CIA and FBI. Yet now we have the FBI investigating these events. The FBI cannot investigate a "state secret" which is electronic surveillance. However 50 USC 1806(f) pre-empts the state secrets defense. If the FBI wants to investigate this court should order the

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

surveillance disclosed so that they have the documents they need to do it! The CIA and FBI by way of the Foreign Intelligence Surveillance Court is using "killing events" (FISC a court which sits at the Supreme Court has never denied an FBI request for a CIA surveillance warrant) to control US policy including gun control, and to gain less oversite through legislation in intelligence matters. last year the Washington Post reported that agents at Booz Allen at a NSA operations center in Hawaii were given "unusually broad access" to collect & access Intelligence on US Citizens.

9. Plaintiff is a Disney shareholder and purchaser of Disney consumer goods (his ex-fiancee loves Disney) and was damaged by the Defendant's actions when the stock plummited. Plaintiff himself in 2011 came under CIA electronic surveillance by agents who identified themselves as being with the CIA Office of Science and Technology Beahavior Modification Unit See cia.gov "Telepathic Behavior Modification" (showing FOIA documents) because he would not stop filing lawsuits on the FBI because an agent named Timothy Pivnichny set him up in a previous prosecution in which he served ten years in prison. See USA v. Banks 03-CR-245(WDPA) to date the FBI has never investigated Plaintiff's allegations but engaged in a cover up which included electronic harassment and charging Plaintiff with a new offense of harassing Pivnichny! The CIA has done this type of thing before themselves when they experimented on US Citizens without their knowledge or consent in Sims v. CIA (DC Columbia) and CIA v. Sims (US Supreme Court).

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

----------------------------------------------------------------------------

FROM: 05711068
TO: Business Office
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/16/2016 08:08:00 AM

To: test 2 disn comp
Inmate Work Assignment: none

10. 50 USC 1806(f) under Jewel v. NSA (9th Cir) pre-empts the State Secrets defense and Plaintiff moves the Court as an aggrieved party to disclose the electronic surveillance surrounding the three related Orlando killings.
11. The FBI and CIA should be dismantled because the organizations have been corrupted to their core and are now attacking US citizens which by oath they have been sworn to protect. See "Guinea Pigs Technologies of Control" by Dr. John Hall (stating that the US government is using electronic surveillance to control the US population).
12. The Orlando killings connections are many but include a video on freedomfch.com from a TV news report of hundreds of gay men complaining that the government is using electronic harassment against them in Richmond California. Subsequently, the City of Richmond responded by passing legislation banning the use of space based weaponry in Richmond. But this legislation did nothing to stop the CIA's onslaught and illegal use of the technology. CNN news reported that the Pulse shooter visited Disney several times and the Alligator attack occured at a Disney resort; and the fact that musicians and entertainers are previous targets of CIA electronic surveillance including Plaintiff see www.mtv.com/artist/vampire-nation (showing photo of Plaintiff with his band Vampire Nation. also see @fredbanks123 at twitter.com noting that Plaintiff is a targeted individual and head of Vampire Nation)
13. Finally, CNN reported that the Orlando shooting was the largest mass shooting in US history which is a false statement the largest Mass shooting occured at Wounded Knee, SD when US Soldiers massacred 350 American Indian Lakota Sioux mostly who were women and children.
14. Plaintiff suffered actual injury by virtue of his ownership in Disney through an unnamed corporation and trusts and because the exact same electronic surveillance was employed on him for 5 solid years and counting and he is a frequent purchaser as a Real Estate Investor and Wholesaler of property in Florida. The Court should order the US government to disclose the electronic surveillance surrounding these related events and Defendant's to perform their legal duties. This court also has jurisdiction pursuant to 28 USC 1331 and 28 USC 1332(a) because Plaintiff is currently a citizen of North Carolina and Defendant's are citizens of Florida and the amount in controversy exceeds $75,000.00. Defendant's violated the US Constitution by not investigating Plaintiff's actions in violation of the Due Process Clause of the 5th and 14th Amendments and acted under color of state law in violation of 42 USC 1983. The Federal Defendant's are sued pursuant to Bivens directly under the 5th Amendment Due Process Clause. All Defendant's actions were willfull, intentional, knowing, intelligent, purposeful, and malicious and damaged Plaintiff in an amount exceeding $75,000.00. The City of Orlando and Richmond had a policy and custom to deny Plaintiff the investigation into these matters that he is entitled to and acted with deliberate indifference to deny Plaintiff his rights. WHEREFORE, Judgment should be entered for Plaintiff and against Defendant's in an amount exceeding $75,000.00 along with declaratory and injunctive relief ending the unlawful harassment and surveillance, monetary damages to be decided by a Jury, interest, costs and fees for the filing of this action. A Jury Trial should be ordered, an evidentiary hearing conducted and the Motion to Disclose Electronic Surveillance under 50 USC 1806(f) should be granted along with all other requested or warranted relief.

Respectfully submitted,

_____
Frederick Banks
05711068
FCI
PO Box 1000
Butner, NC 27509

Plaintiff